### Commonwealth ex rel. White *v.* White, Appellant.

Argued June 15, 1973. *Richard J. Gordon*, with

him *Dilworth, Paxson, Kalish, Levy & Coleman,* for appellant; *Sadie T. M. Alexander,* for appellee.

Order affirmed.